```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
RONALD A. ROGANTI,                                    :
                                                      :            12 Civ. 161 (PAE)
                              Plaintiff,              :
                                                      :                ORDER
            -v-                                       :
                                                      :
METROPOLITAN LIFE INSURANCE COMPANY et al., :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court has received a letter from defendants, dated January 17, 2013, requesting that

the Court enter a protective order for portions of the administrative record in this case. Dkt. 26.

The Court has also received a letter from plaintiff, dated January 17, 2013, objecting to the

proposed protective order. Dkt. 27.

        Counsel for all parties are directed to appear before the Court for a phone conference on

January 23, 2013, at 2:30 p.m. to discuss this request. Plaintiff's counsel is directed to ensure

that all parties are on the line before placing the call to Chambers at (212) 805-0268.


        SO ORDERED.

                                                Paul A. Engelmayer
                                                _____
                                                Paul A. Engelmayer
                                                United States District Judge


Dated: January 22, 2013
       New York, New York