AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| **RONALD A. ROGANTI** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-0161 (PAE) |
| **METROPOLITAN LIFE INSURANCE COMPANY, et al.** | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendants METROPOLITAN LIFE INSURANCE COMPANY et. al.

Date: 01/23/2013

s/John T. Seybert
*Attorney's signature*

John T. Seybert (JS5014)
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
*Address*

john.seybert@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this 23rd day of January, 2013, upon the following:

> David G. Gabor, Esq.
> The Wagner Law Group
> 99 Summer Street, 13th Floor
> Boston, MA 02110
> Business Phone: (617) 357-5200
> *Attorneys for Plaintiff*

s/_____
John T. Seybert

Dated:   New York, New York
         January 23, 2013

1