# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/13

John T. Seybert
(212) 898-4028
john.seybert@sedgwicklaw.com

January 23, 2013

*Via E-mail (EngelmayerNYSDChambers@nysd.uscourts.gov)*
Hon. Paul A Engelmayer
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  *Ronald A. Roganti v. Metropolitan Life Insurance Company et al.*
     Civ. Act. No. 12-cv-0161(PAE)
     File No.: 00584-007613

Dear Judge Engelmayer:

This office represents the Defendants in the above-referenced action. We write to request an adjournment of the telephone conference scheduled for today at 2:30 P.M. Michael H. Bernstein, who is Defendants' lead counsel, is currently on vacation and is out of the country. This is the first request for an adjournment of the conference, which was scheduled yesterday. We have contacted Plaintiff's counsel and he consents to the adjournment. Counsel are available for a telephone conference on January 28, or the morning of January 29, 2013.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ John T. Seybert*

John T. Seybert
Sedgwick LLP

JTS

cc: David G. Gabor Esq.

Granted. The conference is rescheduled for February 1, 2013, at 11:00 a.m.

**SO ORDERED:**

*/s/ Paul A. Engelmayer*   1/23/13
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**

NY/1242662v1