UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RONALD A. ROGANTI,

                Plaintiff,

      -v-

METROPOLITAN LIFE INSURANCE COMPANY et al.,

                Defendants.

------------------------------------------------------------X

12 Civ. 161 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is respectfully requested to accept the administrative record in this case for paper filing. It should be docketed to reflect that it was filed on January 18, 2013—the date on which it was received by the Court.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 23, 2013
       New York, New York