ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

February 13, 2013



*Via E-mail*
Hon. Paul A. Engelmayer, U. S. D. J.
United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY  10007

Re: *Ronald A. Roganti* v. *Metropolitan Life Ins. Co. et al.*
 Civ. Act. No. 12 Civ. 161 (PAE)
 File No.: 00584-007694

Dear Judge Engelmayer :

 We write to jointly request an approximate two-week extension of the following deadlines set by the Court's Order dated December 10, 2012 (Doc. No. 23), scheduling the dates of submission of a Joint Statement of Facts and briefs in connection with the summary trial. Preparing the Joint Statement of Facts has taken longer than expected due to the size of the administrative record. Counsel for the parties respectfully request that Court modify the existing Order as follows:

| Description | Original Date | Adjourned Date |
|---|---|---|
| Last day for the parties to submit a Joint Statement of Facts | February 15, 2013 | March 1, 2013 |
| Last day for Ronald A. Roganti to file his opening brief on summary trial | March 15, 2013 | March 29, 2013 |
| Last day for Defendants to file their opposition brief on summary trial | April 12, 2013 | May 1, 2013[1] |
| Last day for Roganti to file his reply brief on summary trial | April 26, 2013 | May 15, 2013 |

---

[1] Defendants' Counsel are out of town from April 24-April 26, 2013. Accordingly, the parties agree to extend their time to file their opposition to May 1, 2013.

NY/1248501v1

Hon. U. S. D. J. Paul A. Engelmayer
Re:  Ronald A. Roganti v. Metropolitan Life Ins. Co. et al.
     Civ. Act. No. 12 Civ. 161 (PAE)
February 13, 2013
Page 2

   No prior request for an extension of these dates has previously been made.

   Thank you for your consideration of this matter.

Jointly submitted,


 s/ David Gabor                          s/ Michael H. Bernstein
David G. Gabor                          Michael H. Bernstein
THE WAGNER LAW GROUP                     SEDGWICK LLP
99 Summer Street, 13th Floor             225 Liberty Street, 28th Floor
Boston MA  02110                         New York, New York 10281
*Attorneys for Plaintiff*                *Attorneys for Defendants*

        Granted.


SO ORDERED:

        Paul A. Engelmayer      2/14/13
_____
   HON. PAUL A. ENGELMAYER
   UNITED STATES DISTRICT JUDGE