USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RONALD A. ROGANTI,

                Plaintiff,

    -v-

METROPOLITAN LIFE INSURANCE COMPANY et al.,

                Defendants.

------------------------------------------------------------X

12 Civ. 161 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court will hear oral argument in the bench trial on a stipulated record on July 15, 2013, at 11:00 a.m.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: June 24, 2013
       New York, New York