ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sedgwicklaw.com*

June 27, 2013

*Via E-mail (EngelmayerNYSDChambers@nysd.uscourts.gov)*
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**MEMO ENDORSED**

Re: *Ronald A. Roganti v. Metropolitan Life Insurance Company, et al.*
Civ. Act. No. 12-cv-00161(PAE)
File No.: 00584-007694

Dear Judge Engelmayer:

This office represents Defendants in the above-referenced action. We write to request an adjournment of the oral argument in the bench trial on a stipulated record, currently scheduled for July 15, 2013 at 11:00 a.m. The reason for this request is that Michael H. Bernstein, lead counsel for Defendants, is currently scheduled to be on vacation out of the country on that date and will not be returning until July 30, 2013. This is the first request for an adjournment. Plaintiff's counsel consents to the adjournment. Counsel for Plaintiff and Defendants have discussed their availability and are available to appear for oral argument on any day during the week of August 12-16 at any time between 11:00 a.m. and 2:00 p.m or on August 20, 2013 at any time between 11:00 a.m. and 2:00 p.m. If those dates and times are not convenient for the Court, counsel request the opportunity to speak with the Courtroom Deputy to schedule the conference at a convenient time for the Court and counsel.

Thank you for your consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick LLP

cc: David G. Gabor, Esq. (dgabor@wagerlawgroup.com)

*Granted. Argument is rescheduled for August 1 2013, at 10:30 a.m.*

SO ORDERED: 6/28/13

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

NY/1267652v1