ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

**MEMO ENDORSED**

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

October 4, 2013

*Via E-mail*
Hon. Paul A. Engelmayer, U. S. D. J.
United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2013
```

Re: *Ronald A. Roganti v. Metropolitan Life Ins. Co. et al.*
    Civ. Act. No. 12 Civ. 161 (PAE)
    File No.: 00584-007694

Dear Judge Engelmayer:

This office represents the defendants in the above-noted matter. We write to request a two-week extension of time for the parties to submit a joint letter to the Court addressing any open issues remaining following the Court's Opinion & Order dated September 25, 2013. The original date for submission of the parties' joint letter is October 7, 2013. The requested extension will require the parties to submit the joint letter by no later than October 21, 2013. No prior request for the extension of time requested in this letter has been made by either party. Plaintiff's counsel consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

s/ Michael H. Bernstein
Michael H. Bernstein

Granted.  10/4/13

**SO ORDERED:**

Paul A. Engelmayer
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

NY/1279005v1