# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

October 18, 2013

*Via E-mail*
Hon. Paul A. Engelmayer, U. S. D. J.
United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY  10007

**MEMO ENDORSED**

Re:  *Ronald A. Roganti v. Metropolitan Life Ins. Co. et al.*
Civ. Act. No. 12 Civ. 161 (PAE)
File No.: 00584-007694

Dear Judge Engelmayer:

This office represents the defendants. We write to request a second two-week extension of time to submit the joint letter to the Court addressing any open issues remaining after the Court's Opinion & Order dated September 25, 2013. We seek an extension of the time to submit the joint letter from October 21, 2013 to November 4, 2013. A prior request for an extension of the submission date of October 7, 2013 to October 21, 2013 was previously made and granted by the court. Plaintiff's counsel consents to the request.

Thank you for your consideration of this matter.

Respectfully submitted,

Granted.   10/18/13

s/ Michael H. Bernstein

Michael H. Bernstein

**SO ORDERED:**

_____
**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**