# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com  212.422.0202 *phone*  212.422.0925 *fax*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/13
```

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

November 5, 2013

*Via E-mail*
Hon. Paul A. Engelmayer, U. S. D. J.
United States District Court
Southern District of New York
500 Pearl Street, Room 670
New York, NY 10007

**MEMO ENDORSED**

Re: *Ronald A. Roganti* v. *Metropolitan Life Ins. Co. et al.*
    Civ. Act. No. 12 Civ. 161 (PAE)
    File No.: 00584-007694

Dear Judge Engelmayer :

    This office represents the defendants. We write to request a third extension of time. <u>We respectfully request three additional days to submit the joint letter to the Court addressing any open issues remaining after the Court's Opinion & Order dated September 25, 2013.</u> The date for submission of the joint letter is today, and the extension would require the joint letter to be <u>submitted by no later than Friday, November 8, 2013</u>. The additional time is needed to allow the parties time to circulate and review the draft joint letter before it is submitted. The prior requests for extensions of this date were granted. Plaintiff's counsel consents to the request.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/ Michael H. Bernstein
Michael H. Bernstein

*Granted. The parties should not expect further extensions.*
*11/5/13*

**SO ORDERED:**

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

DOCS/18072040v1