**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
12-cv-0161(PAE)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand and fifteen.

Before:     Dennis Jacobs,
               Reena Raggi,
               Debra Ann Livingston,
                      *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 08, 2015

_____

Ronald A. Roganti,

    Plaintiff-Appellee-Cross-Appellant,

v.

**JUDGMENT**
Docket No. 13-4532 (L), 13-4684 (XAP)

Metropolitan Life Insurance Company, Metropolitan Life
Retirement Plan For United States Employees,
Savings and Investment Plan For Employees of Metropolitan Life
and Participating Affiliates, The MetLife Auxiliary Pension Plan,
The Metropolitan Life Supplemental Auxiliary Savings and Investment Plan,

    Defendants-Appellants-Cross-Appellees.

_____

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the portion of the district court's judgment granting Appellee-Cross-Appellant relief under ERISA is REVERSED, and the portion of the judgment denying Appellee-Cross-Appellant's request for attorney's fees is AFFIRMED.

                                      For The Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/05/2015**