N.Y.S.D. Case #
12-cv-0161(PAE)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand and fifteen.

Before:      Dennis Jacobs,
                 Reena Raggi,
                 Debra Ann Livingston,
                    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 26, 2015

Ronald A. Roganti,

    Plaintiff-Appellee-Cross-Appellant,

v.

Metropolitan Life Insurance Company, *et al.*,

    Defendants-Appellants-Cross-Appellees.

**STATEMENT OF COSTS**

Docket Nos. 13-4532(L)
                 13-4684(XAP)

_____

    IT IS HEREBY ORDERED that costs are to be taxed in the amount of $5,484.60 in favor of the Defendants-Appellants-Cross-Appellees.

                                       FOR THE COURT:
                                       Catherine O'Hagan Wolfe,
                                       Clerk of the Court